UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BRAVO,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>            Defendant. | No. CV 12-9726 FFM<br><br>JUDGMENT |

In accordance with the Order of Dismissal filed concurrently herewith,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 17, 2013                    /S/ FREDERICK F. MUMM
                                          FREDERICK F. MUMM
                                        United States Magistrate Judge